Scott D. Baker (SBN 84923)
Email:  sbaker@reedsmith.com
James A. Daire (SBN 239637)
Email:  jdaire@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Maria N. Bernier (*pro hac vice*)
Email:  mbernier@reedsmith.com
Barry J. Coyne (*pro hac vice*)
Email:  bcoyne@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Telephone: (412) 288-3131
Facsimile: (412) 288-3063


Attorneys for Defendants
RICON CORP. and WESTINGHOUSE AIR
BRAKE TECHNOLOGIES CORPORATION
dba VAPOR BUS INTERNATIONAL

LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Email: rpayne@lgpatlaw.com
Scott J. Allen, Esq. (Bar No. 178925)
Email: sallen@lgpatlaw.com
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835


Attorneys for Plaintiff/Counter-Defendant
LIFT-U, A DIVISION OF HOGAN MFG.,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>RICON CORP., a California corporation, and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL, a Delaware Corporation,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 10-01850 (CW)<br><br>**STIPULATED REQUEST AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**[Civil L.R. 16-2(e); 7-12]** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Local Rules 16-2(e) and 7-12, Plaintiff Lift-U, a division of Hogan Mfg., Inc. ("Plaintiff"), on one hand, and Defendants Ricon Corp. and Westinghouse Air Brake Technologies Corporation dba Vapor Bus International (collectively, "Defendants"), on the other hand, hereby request a continuance of the Initial Case Management Conference to August 24, 2010 at 2:00 p.m., subject to the Court's calendar, for the following reasons:

1.      On June 22, 2010, the Court issued its Case Management Scheduling Order (Doc # 13), which set the Initial Case Management Conference for August 3, 2010 at 2:00 p.m.

2.      As set forth in the accompanying declaration, Scott Baker, a lead attorney for Defendants, has a pre-arranged commitment in Washington D.C. which prevents him from either personally attending or dialing in using the Court's CourtCall system.  The parties therefore seek a brief continuance of the Initial Case Management Conference.

3.      Pursuant to the Court's Certificate of Unavailability, the first available date for an Initial Case Management Conference after August 3 is August 24, 2010.  The parties have met and conferred with one another, and August 24, 2010 at 2:00 p.m. presents no conflicts for any lead attorneys.  Moreover, no other Court-ordered dates shall be affected by this proposed continuance.

///

///

///

///

Case No. C 10-01850 (CW)                        – 1 –

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1   Accordingly, and for good cause shown, the parties request that the Court continue the Status

2   Conference in this matter to August 24, 2010 at 2:00 p.m.

3

4   IT IS SO STIPULATED.

5   Dated:  July 9, 2010.

6   REED SMITH LLP                                    LARIVIERE, GRUBMAN & PAYNE, LLP

7

8   By:  /s/ James A. Daire                           By:  /s/ Scott J. Allen *
    James A. Daire                                    Scott J. Allen
9   Attorneys for Defendants                          Attorneys for Plaintiff
    RICON CORP. and WESTINGHOUSE AIR                  LIFT-U, A DIVISION OF HOGAN MFG., INC.
10  BRAKE TECHNOLOGIES CORPORATION
    dba VAPOR BUS INTERNATIONAL

11

12  *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, James
    A. Daire hereby attests that concurrence in the filing of this document has been obtained.

13

14

15  PURSUANT TO STIPULATION, IT IS SO ORDERED:

16

17  DATED:  July 12, 2010.

18

19  _____
    Hon. Claudia Wilken
20  United States District Court Judge

21

22

23

24

25

26

27

28

Case No. C 10-01850 (CW)                 – 2 –

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE