Scott D. Baker (SBN 84923)
Email:  sbaker@reedsmith.com
James A. Daire (SBN 239637)
Email:  jdaire@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Maria N. Bernier (*pro hac vice*)
Email:  mbernier@reedsmith.com
Barry J. Coyne (*pro hac vice*)
Email:  bcoyne@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

Attorneys for Defendants
RICON CORP. and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL

LaRIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Email: rpayne@lgpatlaw.com
Scott J. Allen, Esq. (Bar No. 178925)
Email: sallen@lgpatlaw.com
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff/Counter-Defendant
LIFT-U, A DIVISION OF HOGAN MFG., INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>RICON CORP., a California corporation, and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL, a Delaware Corporation,<br><br>             Defendants. | No.: C 10-01850-LHK (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court Processes:
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE) (ADR L.R. 5)
  **X**  **Mediation (ADR L.R. 6):  Concurrent with this filing, the parties are submitting a list of five mutually-agreeable mediators from the Court's ADR Panel to the ADR Program.**

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference.  See Civil Local Rule 16-8 and ADR L.R. 3-5)*

Private Process:
      Private ADR (*please identify process and provider*):

The parties agree to hold the ADR session by:

      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  **X**  **other requested deadline:  The parties agree to hold the ADR session not later than 45 days following service of Defendants' Patent Local Rule 3-3 Invalidity Contentions.**

IT IS SO STIPULATED.

Dated:  August 6, 2010.

| | |
|---|---|
| LaRIVIERE, GRUBMAN & PAYNE, LLP | REED SMITH LLP |
| | |
| By: */s/ Scott J. Allen *<br>Scott J. Allen<br>Attorneys for Plaintiff<br>LIFT-U, A DIVISION OF HOGAN MFG., INC. | By: */s/ James A. Daire*<br>James A. Daire<br>Attorneys for Defendants<br>RICON CORP. and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL. |

*\*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, James A. Daire hereby attests that concurrence in the filing of this document has been obtained.*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. C 10-01850-LHK (HRL)       – 1 –
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to: Court-appointed mediation.

Deadline for ADR session: The parties agree to hold the ADR session not later than 45 days following service of Defendants' Patent Local Rule 3-3 Invalidity Contentions.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: August 11, 2010.

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Court Judge