UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFT-US, A DIVISION OF HOGAN MFG., INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>RICON CORP., a California corporation, and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL, a Delaware corporation,<br><br>Defendants. | Case No.: 10-CV-01850-LHK<br><br>CASE MANAGEMENT ORDER |

Clerk: Martha Parker Brown                     Reporter: Lee-Anne Shortridge
Plaintiff Attorney: Scott Allen
Defendant Attorney: Scott Baker

A case management conference was held on August 25, 2010. The Case Management Statement and Proposed Order filed by the parties is hereby adopted by the Court as the Case Management Order for the case, except as noted below.

DEADLINE TO COMPLETE MEDIATION is January 3, 2010.

FURTHER CASE MANAGEMENT CONFERENCE is set for January 12, 2011, at 2 p.m.

TUTORIAL HEARING is set for May 24, 2011, at 1:30 p.m., with one hour for each side.

CLAIM CONSTRUCTION HEARING is set for May 31, 2011, from 10 a.m. to 12 p.m. and 1 p.m. to 3 p.m., with two hours for each side.

Counsel will also file a statement with the Court by September 1, 2010, stating that they have discussed the Northern District's publication on Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California with the parties and indicating whether the parties consent to proceed before a magistrate.

**IT IS SO ORDERED.**

Dated: August 25, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 10-CV-01850-LHK
CASE MANAGEMENT ORDER