UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,<br><br>　　　　Plaintiff,<br>　v.<br><br>RICON CORP., a California corporation, and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL, a Delaware corporation,<br><br>　　　　Defendants. | Case No.: 10-CV-01850-LHK<br><br>ORDER PERMITTING AMENDED COMPLAINT; EXTENDING MEDIATION DEADLINE; DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |

Pursuant to the parties' stipulation, the Court ORDERS as follows:

(1) Plaintiff Lift-U is permitted to file the proposed Amended Complaint, which is deemed filed upon entry of this Order.

(2) Defendants' answers to the original complaint shall be deemed amended to deny any new allegations in the Amended Complaint.

(3) The mediation deadline is extended to March 11, 2011.

The Court will hold a further Case Management Conference as scheduled on January 12, 2011, at 2 p.m. At that time, the Court will address the parties' request to modify the case schedule.

**IT IS SO ORDERED.**

Dated: December 20, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01850-LHK
ORDER PERMITTING AMENDED COMPLAINT; EXTENDING MEDIATION DEADLINE; DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE