Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Maria N. Bernier (*pro hac vice*)
Email: mbernier@reedsmith.com
Barry J. Coyne (*pro hac vice*)
Email: bcoyne@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

Attorneys for Defendants
RICON CORP. and WESTINGHOUSE AIR
BRAKE TECHNOLOGIES CORPORATION
dba VAPOR BUS INTERNATIONAL

LaRIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Email: rpayne@lgpatlaw.com
Scott J. Allen, Esq. (Bar No. 178925)
Email: sallen@lgpatlaw.com
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff/Counter-Defendant
LIFT-U, A DIVISION OF HOGAN MFG., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RICON CORP., a California corporation, and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL, a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 10-01850 (LHK)<br><br>**STIPULATED REQUEST AND [~~PROPOSED~~] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**  as modified by the Court<br><br>**[Civil L.R. 16-2(e); 7-12]** |

Case No. C 10-01850 (LHK)
STIPULATED REQUEST AND [~~PROPOSED~~] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE

Pursuant to Local Rules 16-2(e) and 7-12, Plaintiff Lift-U, a division of Hogan Mfg., Inc. ("Plaintiff"), on one hand, and Defendants Ricon Corp. and Westinghouse Air Brake Technologies Corporation dba Vapor Bus International (collectively, "Defendants"), on the other hand, hereby request a continuance of the Further Case Management Conference to February 2, 2011 at 2:00 p.m., subject to the Court's calendar, for the following reasons:

1. On December 20, 2010, the Court issued an Order (Doc # 39) setting a Further Case Management Conference for January 12, 2011 at 2:00 p.m.

2. As set forth in the accompanying declaration, Scott Baker, lead trial counsel for Defendants, is also counsel in a case venued in the Eastern District of Texas, *Wi-LAN v. Acer, Inc. et al.*, Case No. 2:07-CV-473, consolidated with Case No. 2:07-CV-474 (TJW). Opening statements in *Wi-LAN v. Acer, Inc. et al.* are presently set for January 6, 2011, and the trial is expected to last approximately two calendar weeks. The trial prevents Mr. Baker from either personally attending the Further Case Management Conference or dialing in using the Court's CourtCall system. The parties therefore seek a brief continuance of the Further Case Management Conference.

3. The parties have met and conferred with one another, and February 2, 2011 at 2:00 p.m. presents no conflicts for any lead attorneys. Moreover, no other Court-ordered dates shall be affected by this proposed continuance.

///

///

///

///

Case No. C 10-01850 (LHK) – 1 –
STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

1   Accordingly, and for good cause shown, the parties request that the Court continue the Status
2   Conference in this matter to February 2, 2011.

4   IT IS SO STIPULATED.

5   Dated:  December 23, 2010.

6   REED SMITH LLP                                              LaRIVIERE, GRUBMAN & PAYNE, LLP

8   By: */s/ James A. Daire*
    James A. Daire
    Attorneys for Defendants
    RICON CORP. and WESTINGHOUSE AIR
    BRAKE TECHNOLOGIES CORPORATION
    dba VAPOR BUS INTERNATIONAL

    By: */s/ Scott J. Allen* *
    Scott J. Allen
    Attorneys for Plaintiff
    LIFT-U, A DIVISION OF HOGAN MFG., INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, James A. Daire hereby attests that concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, ~~IT IS SO ORDERED~~:
**The Case Management Conference is continued to February 9, 2011, at 2 p.m.**

DATED:  December 29, 2010.

_Lucy H. Koh_
Hon. LUCY H. KOH
United States District Court Judge

Case No. C 10-01850 (LHK)                                – 2 –
STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE