| | |
|---|---|
| Scott D. Baker (SBN 84923)<br>Email: sbaker@reedsmith.com<br>Furqan A. Nanji (SBN 250972)<br>Email: fnanji@reedsmith.com<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone:    +1 415 543 8700<br>Facsimile:    +1 415 391 8269<br><br>Maria N. Bernier (*pro hac vice*)<br>Email: mbernier@reedsmith.com<br>Barry J. Coyne (*pro hac vice*)<br>Email: bcoyne@reedsmith.com<br>REED SMITH LLP<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA 15222-2716<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br><br>Attorneys for Defendants<br>RICON CORP. and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL | LaRIVIERE, GRUBMAN & PAYNE, LLP<br>Robert W. Payne, Esq. (Bar No. 073901)<br>Email: rpayne@lgpatlaw.com<br>Scott J. Allen, Esq. (Bar No. 178925)<br>Email: sallen@lgpatlaw.com<br>Post Office Box 3140<br>19 Upper Ragsdale Drive<br>Monterey, CA 93942-3140<br>Telephone: (831) 649-8800<br>Facsimile: (831) 649-8835<br><br>Attorneys for Plaintiff/Counter-Defendant<br>LIFT-U, A DIVISION OF HOGAN MFG., INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>RICON CORP., a California corporation, and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL, a Delaware Corporation,<br><br>             Defendants. | No.: C 10-01850 (CW)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING DEPOSITIONS**<br><br>**[Civil L.R. 6-2 and 7-12]** |

Case No. C 10-01850 (CW)
STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING DEPOSITIONS

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Lift-U, a division of Hogan Mfg., Inc. ("Plaintiff"), on one hand, and Defendants Ricon Corp. ("Ricon") and Westinghouse Air Brake Technologies Corporation (collectively, "Defendants"), on the other hand, hereby request permission to proceed with three depositions beyond the close of claim construction discovery set forth in the Court's Case Management Order (Doc. # 44) and Second Joint Case Management Statement (Doc No. 43) due to the unavailability and scheduling of the witnesses. In support of such request, the parties state as follows:

1. On February 9, 2011, the Court issued its Case Management Order (Doc # 44), which adopted, with certain modifications, the scheduling plan contained in the parties' Second Joint Case Management Statement (Doc # 43) (collectively, the "Case Management Order").

2. Pursuant to the Case Management Order, the deadline for completion of claim construction discovery is set for June 17, 2011.

3. In accord with the discovery period for claim construction, Defendant Ricon served notices of deposition for the named inventors of the patents-in-suit asserted by Plaintiff and has requested the deposition of the prosecuting attorney of the patents-in-suit before the United States Patent and Trademark Office.

4. As set forth in the accompanying declaration, due to the unavailability of such witnesses prior to June 17, 2011, Plaintiff has confirmed that each of the above witnesses are available during the week of June 27, 2011. The parties are agreeable to taking the depositions of these witnesses during such week.

5. The parties have complied with each of the previous deadlines set forth in the Court's Case Management Order, and the above depositions will not affect the briefing schedule for claim construction and summary judgment or any other deadlines set by the Case Management Order.

6. The parties therefore respectfully request that the Court permit the above-referenced three depositions to proceed beyond the close of claim construction discovery during the week of June 27, 2011.

Accordingly, and for good cause shown, the parties request that the Court permit the above-referenced depositions to proceed during the week of June 27, 2011.

IT IS SO STIPULATED.

Dated: June 3, 2011.

| REED SMITH LLP | LaRIVIERE, GRUBMAN & PAYNE, LLP |
|---|---|
| By: */s/ Furqan A. Nanji*<br>Furqan A. Nanji<br>Attorneys for Defendants<br>RICON CORP. and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL | By: */s/ Scott J. Allen* \*<br>Scott J. Allen<br>Attorneys for Plaintiff<br>LIFT-U, A DIVISION OF HOGAN MFG., INC. |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Furqan A. Nanji hereby attests that concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____June 6_____, 2011.

_____
Hon. Lucy H. Koh
United States District Court Judge