Scott D. Baker (SBN 84923)
Email:  sbaker@reedsmith.com
Furqan A. Nanji (SBN 250972)
Email: fnanji@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Maria N. Bernier (*pro hac vice*)
Email:  mbernier@reedsmith.com
Barry J. Coyne (*pro hac vice*)
Email:  bcoyne@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

Attorneys for Defendants
RICON CORP. and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL

LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Email: rpayne@lgpatlaw.com
Scott J. Allen, Esq. (Bar No. 178925)
Email: sallen@lgpatlaw.com
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff/Counter-Defendant
LIFT-U, A DIVISION OF HOGAN MFG., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,<br><br>                 Plaintiff,<br><br>       vs.<br><br>RICON CORP., a California corporation, and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL, a Delaware Corporation,<br><br>                 Defendants. | No.: C 10-01850-LHK (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PARTIES TO BRING EQUIPMENT INTO THE COURTHOUSE FOR TUTORIAL AND CLAIM CONSTRUCTION AND SUMMARY JUDGMENT HEARING**<br><br>**[CIV. L.R. 7-12]**<br><br>Honorable Lucy H. Koh |

Case No. C 10-01850 -LHK (HRL)

STIPULATION AND [PROPOSED] ORDER ALLOWING PARTIES TO BRING EQUIPMENT INTO THE COURTHOUSE  FOR TUTORIAL AND CLAIM CONSTRUCTION AND SUMMARY JUDGMENT HEARING

Pursuant to Civil Local Rules 7-12, Plaintiff Lift-U, a division of Hogan Mfg., Inc. ("Plaintiff") and Defendants Ricon Corp. and Westinghouse Air Brake Technologies Corporation (collectively, "Defendants"), through their respective counsel of record, hereby state as follows:

1. By Order dated June 22, 2011 (Doc # 55), the Honorable Lucy H. Koh entered a Minute Order and Case Management Order ("Case Management Order").

2. That Case Management Order scheduled a tutorial for the Court for September 19, 2011 at 1:30 p.m. and a related patent claim construction and summary judgment hearing for September 23, 2011 at 12:00 p.m., both to be held at the courtroom of Judge Koh.

3. In order to make appropriate presentations at both events, the parties anticipate making visual presentations which will necessitate bringing into the courthouse and through the building's security inspection certain equipment, including but not limited to laptop computers, projectors and screens, and related demonstrative exhibits.

Accordingly, the parties hereby stipulate to and jointly request the Court to order as follows:

> Plaintiff and Defendants are hereby given permission to bring audio-visual equipment consisting of laptop computers, one flat panel monitor, one projector, one projection screen, and one Elmo projector, along with control/power devices and cables relating to the same, and a projector table and technician table for such equipment into the Federal courthouse and up to the courtroom of the Honorable Lucy H. Koh on September 19, 2011 and on September 23, 2011.

\* \* \*

> Plaintiff and Defendants are further given permission to bring demonstrative exhibits consisting of one gas strut and one spring by

Defendants and one gas spring, one spring, and one damper by Plaintiff, and demonstrative boards and an easel for same, into the Federal courthouse and up to the courtroom of the Honorable Lucy H. Koh on September 19, 2011 and on September 23, 2011.

IT IS SO STIPULATED.

Dated: September 15, 2011.

| REED SMITH LLP | LaRIVIERE, GRUBMAN & PAYNE, LLP |
|---|---|
| By: /s/ Barry J. Coyne<br>Barry J. Coyne<br>Attorneys for Defendants<br>RICON CORP. and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL | By: /s/ Scott J. Allen *<br>Scott J. Allen<br>Attorneys for Plaintiff<br>LIFT-U, A DIVISION OF HOGAN MFG., INC. |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Barry J. Coyne hereby attests that concurrence in the filing of this document has been obtained.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: __9/16/, 2011.

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Court Judge

Case No. C 10-01850 – LHK (HRL)
STIPULATION AND [PROPOSED] ORDER ALLOWING PARTIES TO BRING EQUIPMENT INTO THE COURTHOUSE FOR TUTORIAL AND CLAIM CONSTRUCTION AND SUMMARY JUDGMENT HEARING

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2011, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of California, using the electronic case filing system of the court. The electronic case filing system will send notification of such filing to all counsel of record. Counsel may access such document using the Court's system.

By */s/ Barry J. Coyne*
    *Barry J. Coyne*