RECEIVED
SEP 08 2011
Richard W. Wieking
Clerk, U.S. District Court
Northern District of Court
San Jose California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Lift-U, A Division of Hogan MFG., Inc.

Plaintiff,

v.

Ricon Corp., Westinghouse Air Brake Technologies Corporation d/b/a Vapor Bus International

Defendant.

CASE NO. 10-CV-01850-LHK

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Kevin S. Katona , whose business address and telephone number is Reed Smith LLP, 225 Fifth Avenue, Suite 1200, Pittsburgh, Pennsylvania 15222, Phone: 412-288-3848

and who is an active member in good standing of the bar of Pennsylvania having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 7, 2011

*Lucy H. Koh*

United States District Judge

