LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Email: rpayne@lgpatlaw.com
Scott J. Allen, Esq. (Bar No. 178925)
Email: sallen@lgpatlaw.com
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff/Counter-Defendant
LIFT-U, A DIVISION OF HOGAN MFG., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RICON CORP., a California corporation, and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL, a Delaware Corporation,<br><br>Defendants. | Case No: 5:10-cv-01850-LKH (HRL)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION TO CONSOLIDATE CASES** |
| LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN BUSINESS INDUSTRIES, INC., a Alabama Corporation<br><br>Defendant | Case No: C 12-01129-DMR |

The application for an order shortening time to hear Plaintiff's Motion to Consolidation is hereby granted as follows:

1. Motion to Consolidate the subject cases will be heard on a shortened time on March 29, 2012 at 1:30 p.m. in the San Jose office of the Northern District Court of California;

2. Defendants to file any opposition on March 26, 2012.

Dated: March 19, 2012

*Lucy H. Koh*
U. S. DISTRICT COURT JUDGE