LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Email: rpayne@lgpatlaw.com
Scott J. Allen, Esq. (Bar No. 178925)
Email: sallen@lgpatlaw.com
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff/Counter-Defendant
LIFT-U, A DIVISION OF HOGAN MFG., INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RICON CORP., a California corporation, and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL, a Delaware Corporation,<br><br>Defendants. | Case No: 5:10-cv-01850-LKH (HRL)<br><br>**STIPULATION AND ORDER CORRECTING NAME OF DEFENDANT**<br><br>**AS MODIFIED** |
| LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN BUSINESS INDUSTRIES, INC., a Alabama Corporation<br><br>Defendant | Case No: C 12-01129-DMR |

Case Nos: 5:10-cv-01850-LKH and C 12-01129-DMR
STIPULATION AND ORDER CORRECTING NAME OF DEFENDANT

Plaintiff Lift-U, a Division of Hogan Mfg., Inc. and Defendants Ricon Corporation, Westinghouse Air Brake Technologies Corporation, and North American Bus Industries, Inc. through their respective counsel, stipulate and agree to the following ORDER:

1. The Complaint filed by Lift-U on March 6, 2012 erroneously identifies Defendant as North American <u>Business</u> Industries, Inc. Said Defendant's correct name is North American <u>Bus</u> Industries, Inc.

2. The parties hereby agree that all references to said Defendant in the March 6, 2012 Complaint shall be deemed to refer to the Defendant's correct name.

3. The Court clerk should correct the docket to reflect the correct name of Defendant as North American Bus Industries, Inc.

AGREED TO BY THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL OF RECORD.

| LARIVIERE, GRUBMAN & PAYNE, LLP | REED SMITH LLP |
|---|---|
| By: /s/ Scott J. Allen<br>Scott J. Allen | By: /s/ Barry J. Coyne<br>Barry J. Coyne |
| Attorneys for Plaintiff<br>LIFT-U, A DIVISION OF HOGAN MFG., INC. | Attorneys for Defendants<br>RICON CORP., WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL, and NORTH AMERICAN BUS INDUSTRIES, INC. |

Case Nos: 5:10-cv-01850-LKH and C 12-01129-DMR
STIPULATION AND ORDER CORRECTING NAME OF DEFENDANT

# ORDER

Pursuant to Stipulation it is so ordered.

By April 17, 2012, Lift-U shall file an amended complaint replacing "North American Business Industries, Inc." with "North American Bus Industries, Inc." Lift-U may not make any other changes to the complaint.

Dated: April 16, 2012

JUDGE LUCY H. KOH

Case Nos: 5:10-cv-01850-LKH and C 12-01129-DMR
STIPULATION AND ORDER CORRECTING NAME OF DEFENDANT



IT IS SO ORDERED AS MODIFIED
Judge Lucy H. Koh