1  Scott D. Baker (SBN 84923)
   Email: sbaker@reedsmith.com
2  REED SMITH LLP
   101 Second Street, Suite 1800
3  San Francisco, CA  94105-3659
   Telephone:    +1 415 543 8700
4  Facsimile:    +1 415 391 8269

5  Maria N. Bernier (*pro hac vice*)
   Email:  mbernier@reedsmith.com
6  Barry J. Coyne (*pro hac vice*)
   Email:  bcoyne@reedsmith.com
7  Kevin S. Katona (*pro hac vice*)
   Email:  kkatona@reedsmith.com
8  REED SMITH LLP
   Reed Smith Centre
9  225 Fifth Avenue
   Pittsburgh, PA 15222-2716
10 Telephone: (412) 288-3131
   Facsimile: (412) 288-3063

11

12 Attorneys for Defendants
   RICON CORP. and WESTINGHOUSE AIR
13 BRAKE TECHNOLOGIES CORPORATION dba
   VAPOR BUS INTERNATIONAL and
   NORTH AMERICAN BUS INDUSTRIES, INC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

| 17 | LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation, | No.: C 10-01850-LHK (HRL) |
|---|---|---|
| 18 | Plaintiff, | [~~PROPOSED~~] ORDER GRANTING TELEPHONIC APPEARANCE FOR THE MAY 23, 2012 CASE MANAGEMENT CONFERENCE |
| 19 | vs. | |
| 20 | RICON CORP., a California corporation, and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL, a Delaware Corporation, | |
| 21 | | |
| 22 | Defendants. | |
| 23 | LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation, | |
| 24 | | |
| 25 | Plaintiff, vs. | |
| 26 | NORTH AMERICAN BUS INDUSTRIES, INC., an Alabama Corporation, | |
| 27 | | |
| 28 | Defendant. | |

Case No. C 10-01850 – LHK (HRL)                – 1 –

1   On April 11, 2012, this Court set a Case Management Conference for May 23, 2012 at 2:00
2   pm (*see* Document Number 115);
3   On May 16, 2012, Defendants filed their Request for Telephonic Appearance for the May 23,
4   2012 Case Management Conference ("Request").
5   In light of the Request, and good cause being shown, the Request is GRANTED and
6   Defendants may appear by telephone for the Case Management Conference currently on calendar for
7   May 23, at 2:00 p.m.

9   IT IS SO ORDERED

11  DATED: May 17, 2012

                  *Lucy H. Koh*
                  Hon. Lucy H. Koh
                  United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware