IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>RICON CORP., a California corporation, and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL, a Delaware Corporation,<br><br>　　　　Defendants.<br><br>LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,<br><br>　　　　Plaintiff,<br>vs.<br><br>NORTH AMERICAN BUS INDUSTRIES, INC., an Alabama Corporation,<br><br>　　　　Defendant. | Case No: 5 :10-cv-01850-LHK<br><br>[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE<br><br>Date:　　　May 23, 2012<br>Time:　　　2:00 p.m.<br>Judge:　　　Hon. Lucy H. Koh<br>Courtroom:　4 |

Came on for consideration Plaintiff, Lift-U's Request To Appear Telephonically At The Further Case Management Conference. The Court finds that the Request is well taken and is hereby GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall appear telephonically at the Further Case Management Conference to be held on May 23, 2012 at 2:00 p.m. through Court Call Phone Conferencing.

Case No: 5:10-cv-01850-LHK
[PROPOSED] ORDER GRANTING REQUEST TO APPEAR
TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE

1

1  IT IS SO ORDERED.

2

3  Dated: May 17, 2012                    _____
                                           *Lucy H. Koh*
4                                          Hon. Lucy H. Koh
                                           United States District Judge
5

Case No: 5:10-cv-01850-LHK
[PROPOSED] ORDER GRANTING REQUEST TO APPEAR
TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE
2