LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Email: rpayne@lgpatlaw.com
Scott J. Allen, Esq. (Bar No. 178925)
Email: sallen@lgpatlaw.com
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff/Counter-Defendant
LIFT-U, A DIVISION OF HOGAN MFG., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>RICON CORP., a California corporation, and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL, a Delaware corporation,<br><br>            Defendants.<br>AND RELATED COUNTERCLAIMS | Case No: 5:10-cv-01850-LHK<br><br><br>STIPULATION AND ORDER TO EXTEND PENDING DEADLINES<br>AS MODIFIED |
| LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN BUS INDUSTRIES, INC., an Alabama Corporation ,<br><br>            Defendant. | Case No: 4:12-cv-01129-LHK |

Case No: 5:10-cv-01850-LHK and 4:12-cv-01129-LHK
Stipulation and Order to Extend Pending Deadlines

1

The parties held a settlement conference on July 27, 2012 with Magistrate Judge Lloyd. The presidents of the parties were in attendance at the request of the Court.  Mark Hogan, president of Plaintiff Lift-U, Jim Marcotuli, president of defendant North American Bus Industries, and Al Neupaver, CEO of defendant Westinghouse Air Brake Technologies (the parent company of defendant Ricon Corporation) were present at the conference.

The settlement conference lasted the entire day, from 9:30 a.m. until after 5:00 p.m..  The parties believe they are close to reaching a settlement, and exchanged a term sheet outlining a possible settlement.  Defendants' counsel is drafting a proposed definitive agreement for review by Plaintiff.

At the time of the settlement conference, the parties had pending dates for depositions of four expert witnesses, and other outstanding discovery matters. In light of the discussions during the settlement conference, the parties agreed to postpone the pending discovery.

In order to have time to finalize a settlement, the parties, acting by and through their counsel of record, request a brief continuance of current deadlines in the case.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1.     The discovery cutoff of August 1, 2012 should be continued for a period of approximately 3 weeks, until August 17, 2012 to complete the postponed expert depositions and other outstanding discovery matters;

2.     The August 9, 2012 deadline for filing dispositive motions should be postponed until August 30, 2012;

3.     The last day to hear dispositive motions and case management conference now scheduled for September 13, 2012, is continued to October 11, 2012, at 1:30 p.m.;

Case No: 5:10-cv-01850-LHK and 4:12-cv-01129-LHK
Stipulation and Order to Extend Pending Deadlines

2

4. The pretrial conference currently scheduled for October 31, 2012, is continued to November 15, 2012, at 1:30 p.m.; and

5. The trial of this case remains as set on November 26, 2012.

AGREED TO BY THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL OF RECORD.

Dated: July 31, 2012

LARIVIERE, GRUBMAN & PAYNE, LLP

By: __/s/ Scott J. Allen_____
    Scott J. Allen

Attorneys for Plaintiff
LIFT-U, A DIVISION OF HOGAN MFG., INC.

Dated July 31, 2012

REED SMITH LLP

By: _/s/ Kevin S. Katona (as authorized on 7/31/12)_____
    Kevin S. Katona

Attorneys for Defendants
RICON CORP., WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL, and NORTH AMERICAN BUS INDUSTRIES, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.

Dated: August 1, 2012    _Lucy H. Koh_____
    Hon. Lucy H. Koh
    United States District Court Judge

Case No: 5:10-cv-01850-LHK and 4:12-cv-01129-LHK
Stipulation and Order to Extend Pending Deadlines

3