UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,, | ) ) ) | Case No.: 10-CV-01850-LHK |
| Plaintiff, | ) ) ) | ORDER TO FILE CORRECTED STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | ) ) | |
| RICON CORP., a California corporation, and WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION dba VAPOR BUS INTERNATIONAL, a Delaware corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| LIFT-U, A DIVISION OF HOGAN MFG., INC., a California corporation,, | ) ) ) | Case No.: 12-CV-01129-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NORTH AMERICAN BUS INDUSTRIES, INC., an Alabama corporation. | ) ) ) | |
| Defendant. | ) ) | |

1

Case No.: 10-CV-01850-LHK and 12-CV-1129
ORDER TO FILE CORRECTED STIPULATION OF DISMISSAL WITH PREJUDICE

1     On October 31, 2012, the parties filed a stipulation of dismissal with prejudice. Dkt. No.
2  164. The parties stipulate to "the dismissal with prejudice of all claims and counterclaims *in this*
3  *action*." *Id.* (emphasis added). However, the caption indicates that the parties are stipulating to
4  dismissal with prejudice as to two actions: Case Nos. 10-CV-1850 and 12-CV-1129. *Id.*
5  Furthermore, the footer refers to Case No. 10-CV-1129, rather than Case No. 12-CV-1129. *Id.*
6  The Court ORDERS the parties to file a corrected stipulation to dismissal with prejudice that
7  resolves these discrepancies between the caption, the footer, and the text of the stipulation.

**IT IS SO ORDERED.**

Dated: November 1, 2012

*(signature)*
LUCY H. KOH
United States District Judge